IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SEALED

Case No. 16- 624 (DRD)

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. That attached to this motion is a sealed envelope containing an Indictment and arrests warrants in connection with such Indictment.

2. That after due consideration by this Honorable Court, the United States of America respectfully requests that Indictment and arrests warrants be kept under seal until the arrest of all defendants in the Indictment are executed.

WHEREFORE, the United States respectfully prays the Court accept and file the mentioned pleading, take appropriate action, and that an order be issued directing it remain under seal until further order by the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of October, 2016.

ROSA EMILIA RODRIGUEZ VELEZ
United States Attorney

_____
Maritza González Rivera
U.S.D.C. 208801
Assistant U.S. Attorney
Torre Chardon Suite 1201
350 Avenida Carlos Chardon,
San Juan, Puerto Rico 00918-2142
Tel:787-766-5656
maritza.gonzalez@usdoj.gov

_____
Laura G. Montes - G02307
Assistant United States Attorney
U.S. Attorney's Office
Torre Chardón, Suite 1201
# 350 Carlos Chardón Ave.
Hato Rey, PR 00918
Tel.: (787) 766-5656
laura.montes@usdoj.gov